IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ANAS ALHAMS,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:25-cv-00083<br>) |
| **DENNIS DIESEL,** *in his individual and official capacity as a police officer*, and **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY TENNESSEE,** a Tennessee municipality, | ) **JUDGE CAMPBELL**<br>) **MAGISTRATE JUDGE HOLMES**<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Pursuant to the Stipulation of Dismissal filed by the parties (Doc. No. 39), this case is hereby **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE